NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID JIMENEZ,                              )
                                            )
            Appellant,                      )
                                            )
v.                                          )          Case No. 2D18-2180
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
                                            )
_____ )

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley, Judge.

David Jimenez, pro se.

PER CURIAM.

            Affirmed.

VILLANTI, SLEET, and BADALAMENTI, JJ., Concur.